**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION**

| | |
|---|---|
| BILLY TYLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2:24-cv-00107-JMB |
| ) | |
| CLERK OF COURT STALLOS and ) | |
| CHARITON COUNTY MISSOURI ) | |
| SHERIFF, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court upon review of self-represented plaintiff's handwritten letter dated November 2, 2024 and received by the Court on December 20, 2024, which the Court will construe as a civil complaint. The complaint is defective because it has not been drafted on a Court-provided form. *See* E.D. Mo. L.R. 2.06(A). Additionally, plaintiff has neither paid the filing fee nor filed an application to proceed in the district court without prepaying fees or costs. *See* 28 U.S.C. § 1915(a).

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk is directed to mail plaintiff (1) a copy of the Court's civil complaint form and (2) a copy of the application to proceed in district court without prepaying fees or costs.

**IT IS FURTHER ORDERED** that plaintiff must either pay the $405 filing fee or submit the application to proceed in district court without prepaying fees or costs within twenty-one (21) days of the date of this Order.

-2-

**IT IS FURTHER ORDERED** that plaintiff must file and amended complaint on the Court-provided form within twenty-one (21) days of the date of this Order.

**IT IS FURTHER ORDERED** if plaintiff fails to comply with this Order, the Court will dismiss this action without prejudice and without further notice to plaintiff.

Dated this <u>23rd</u> day of December, 2024.

*/s/ John M. Bodenhausen*
JOHN M. BODENHAUSEN
UNITED STATES MAGISTRATE JUDGE